# EXHIBIT A

## Case Information

CC-21-03724-D | SANTOS MARTINEZ vs. FIRSTFLEET, INC, ANTWANE GLASS, HOME STATE COUNTY MUTUAL INSURANCE COMPANY

| | | |
|---|---|---|
| Case Number<br>CC-21-03724-D | Court<br>County Court at Law No. 4 | Judicial Officer<br>ROSALES, PAULA |
| File Date<br>08/31/2021 | Case Type<br>DAMAGES (COLLISION) | Case Status<br>OPEN |

## Party

**PLAINTIFF**
MARTINEZ, SANTOS

Active Attorneys ▼
Lead Attorney
ALFORD, JACOB R
Retained

**DEFENDANT**
FIRSTFLEET, INC

Address
SERVE ITS REGISTERED AGENT : CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS TX 75201

Active Attorneys ▼
Lead Attorney
SCUDDER, MARK S
Retained

**DEFENDANT**
GLASS, ANTWANE

Address
2605 PRESTDALE DR
ATLANTA GA 30316

Active Attorneys ▼
Lead Attorney
SCUDDER, MARK S
Retained

DEFENDANT
HOME STATE COUNTY MUTUAL INSURANCE COMPANY

Address
SERVE REGISTERED AGENT JOHN M DAVIS
4315 LAKE SHORE DRIVE, STE.J
WACO TX 76710

Active Attorneys ▾
Lead Attorney
SHIPMAN, MICHAEL J
Retained

## Events and Hearings

08/31/2021 NEW CASE FILED (OCA)

08/31/2021 ORIGINAL PETITION ▾

CIVIL CASE INFORMATION SHEET

PLAINTIFF S ORIGINAL PETITION

  Comment
  PLAINTIFF S ORIGINAL PETITION

09/07/2021 CORRESPONDENCE - LETTER TO FILE ▾

LETTER REQUESTING ISSUANCE

  Comment
  LETTER REQUESTING ISSUANCE

09/08/2021 ISSUE CITATION ▾

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

  Comment
  E-SERVE ENV# 57040498

09/08/2021 CITATION (SERVICE) ▾

Served
09/13/2021

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
09/15/2021
Unserved

Anticipated Server
ATTORNEY

Anticipated Method
Served
09/09/2021

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
09/10/2021

09/10/2021 RETURN OF SERVICE ▾

HOME STATE COUNTY MUTUAL INSURANCE COMPANY

> Comment
> HOME STATE COUNTY MUTUAL INSURANCE COMPANY

09/15/2021 RETURN OF SERVICE ▾

FIRSTFLEET, INC

> Comment
> FIRSTFLEET, INC

09/22/2021 MOTION - SUBSTITUTE SERVICE ▾

PROPOSED ORDER

MOTION - SUBSTITUTE SERVICE

09/22/2021 MOTION - SUBSTITUTE SERVICE ▾

PROPOSED ORDER

MOTION - SUBSTITUTE SERVICE

09/22/2021 CORRESPONDENCE - LETTER TO FILE ▾

CITATION REQUEST

> Comment
> CITATION REQUEST

09/23/2021 ISSUE CITATION ▼

CITATION

   Comment
   ESERVE 57628035

09/24/2021 ORDER - SUBSTITUTE SERVICE ▼

ORDER - SUBSTITUTE SERVICE

09/27/2021 CITATION (SERVICE) ▼

Served
09/30/2021

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
10/04/2021

09/29/2021 RETURN OF SERVICE ▼

RETURN OF SERVICE

10/04/2021 RETURN OF SERVICE ▼

HOME STATE COUNTY MUTUAL INSURANCE COMPANY

   Comment
   HOME STATE COUNTY MUTUAL INSURANCE COMPANY

10/28/2021 ORIGINAL ANSWER - GENERAL DENIAL ▼

HOME STATE COUNTY MUTUAL'S ORIGINAL ANSWER

   Comment
   HOME STATE COUNTY MUTUAL'S ORIGINAL ANSWER

02/23/2022 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER - GENERAL DENIAL

   Comment
   DEFENDANT FIRSTFLEET, INC. S ORIGINAL ANSWER

02/23/2022 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER - GENERAL DENIAL

> Comment
> DEFENDANT ANTWANE GLASS ORIGINAL ANSWER

03/14/2022 ORDER - MEDIATION ▾

ORDER - MEDIATION

03/18/2022 MOTION - SEVER ▾

MOTION

> Comment
> MOTION FOR SEVERANCE AND ABATEMENT

03/23/2022 NOTICE - HEARING ▾

NOTICE OF HEARING

> Comment
> NOTICE OF HEARING

05/02/2022 MOTION - SEVER ▾

Judicial Officer
ROSALES, PAULA

Hearing Time
10:30 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
LESLIE JAEGER 214-987-9600

05/02/2022 NOTICE - NONSUIT ▾

NOTICE - NONSUIT

> Comment
> NOTICE OF NON-SUIT WITHOUT PREJUDICE AS TO DEFENDANT HOME STATE COUNTY MUTUAL INSURANCE COMPANY ONLY

05/12/2022 ORDER - NONSUIT DISMISSAL W/OUT PREJUDICE ▾

ORDER - NONSUIT DISMISSAL W/OUT PREJUDICE

> Comment
> AS TO HOME STATE COUNTY MUTUAL INSURANCE ONLY

05/24/2022 NOTICE OF FILING BUSINESS RECORDS AFFIDAVITS

05/27/2022 PROPOSED ORDER ▾

PROPOSED PARTIAL ORDER OF DISMISSAL

Comment
PROPOSED PARTIAL ORDER OF DISMISSAL

11/09/2022 NON JURY TRIAL ▾

CCL#4 TR/REV/N-JURY

CCL#4 TR/REV/N-JURY

CCL#4 TR/REV/N-JURY

CCL#4 TR/REV/N-JURY

Judicial Officer
ROSALES, PAULA

Hearing Time
9:00 AM

## Financial

MARTINEZ, SANTOS
    Total Financial Assessment      $297.00
    Total Payments and Credits      $297.00

| Date | Description | Receipt | Payer | Amount |
|---|---|---|---|---|
| 9/1/2021 | Transaction Assessment | | | $277.00 |
| 9/1/2021 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2021-09099 | Martinez, Santos | ($277.00) |
| 9/8/2021 | Transaction Assessment | | | $16.00 |
| 9/8/2021 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2021-09309 | MARTINEZ, SANTOS | ($16.00) |
| 9/23/2021 | Transaction Assessment | | | $4.00 |
| 9/23/2021 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2021-09960 | MARTINEZ, SANTOS | ($4.00) |

## Documents

| |
|---|
| CIVIL CASE INFORMATION SHEET |
| PLAINTIFF S ORIGINAL PETITION |
| 3 CCL#4 Y LETTER |
| LETTER REQUESTING ISSUANCE |
| ISSUE CITATION |
| ISSUE CITATION |
| ISSUE CITATION |
| HOME STATE COUNTY MUTUAL INSURANCE COMPANY |
| FIRSTFLEET, INC |
| PROPOSED ORDER |
| MOTION - SUBSTITUTE SERVICE |
| PROPOSED ORDER |
| MOTION - SUBSTITUTE SERVICE |
| CITATION REQUEST |
| ORDER - SUBSTITUTE SERVICE |
| CITATION |
| RETURN OF SERVICE |
| HOME STATE COUNTY MUTUAL INSURANCE COMPANY |
| HOME STATE COUNTY MUTUAL'S ORIGINAL ANSWER |
| ORIGINAL ANSWER - GENERAL DENIAL |
| ORIGINAL ANSWER - GENERAL DENIAL |
| CCL#4 TR/REV/N-JURY |
| CCL#4 TR/REV/N-JURY |
| CCL#4 TR/REV/N-JURY |
| CCL#4 TR/REV/N-JURY |
| ORDER - MEDIATION |
| MOTION |
| NOTICE OF HEARING |
| NOTICE - NONSUIT |
| ORDER - NONSUIT DISMISSAL W/OUT PREJUDICE |
| PROPOSED PARTIAL ORDER OF DISMISSAL |